**DOCKET NUMBER:** 18-cr-457

**CRIMINAL CAUSE FOR** Motion Hearing

**BEFORE CHERYL L. POLLAK, U.S.M.J.    DATE:** 11/17/2020    **TIME IN COURT:** 66 minutes

**DEFENDANT'S NAME:** Huawei Technologies

_____ Present          X    Not Present          _____ Custody          X    Not Custody

**DEFENSE COUNSEL:**     David Bitkower, Michael Levy, Matthew Hellman, Douglas Axel

_____ Federal Defender          _____ CJA          X    Retained

**A.U.S.A.:**   Sarah Evans, Julia Nestor, Alexander Solomon, David Kessler, Christian Nauvel, David Lim, Laura Billings, Thea Kendler          **PRETRIAL/PROBATION:**

X   **COURT REPORTER:**          **ESR OPERATOR**          **LOG:**   3:48 to 4:54.
     Victoria Butler

**INTERPRETER:**   None          **LANGUAGE:**   n/a

| | |
|---|---|
| _____ Arraignment | _____ Revocation of Probation – non-contested |
| _____ Change of Plea Hearing (*~Util-Plea Entered*) | _____ Revocation of Probation – contested |
| _____ In Chambers Conference | _____ Sentencing – non-evidentiary |
| _____ Pre-Trial Conference | _____ Sentencing – contested |
| _____ Initial Appearance | _____ Revocation of Supervised Rel. – evidentiary |
| _____ Status Conference | _____ Revocation of Supervised Rel. – non-evidentiary |
| _____ Telephone Conference | _____ Voir Dire Begun |
| _____ Jury Selection | _____ Voir Dire Held |
| X   Motion Hearing – evidentiary | |
| _____ Other Hearing: | |

X   Case called

_____ Defendant:          Sworn          Informed of Rights

_____ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.

_____ Waiver of Indictment Executed

_____ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record

_____ Court Finds Factual Basis for the Plea

_____ Sentencing Set for:

_____ Based on the proceedings held in open court, it is respectfully recommended that the Court:  (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.

_____ Order of Excludable Delay Entered:     From                    To

_____ Order of Temporary Detention Entered

**TEXT**

Case Called.  Oral argument heard on motion to compel discovery.  Order to issue.

**UTILITIES**

| | |
|---|---|
| \_\_\_\_\_ ~Util-Plea Entered | \_\_\_\_\_ ~Util-Add/Terminate Attorneys |
| \_\_\_\_\_ ~Util-Exparte Matter | \_\_\_\_\_ ~Util-Terminate Parties |
| \_\_\_\_\_ ~Util-Set/Reset Deadlines | \_\_\_\_\_ ~Util-Indictment Unsealed |
| \_\_\_\_\_ ~Util-Set/Reset Hearings | \_\_\_\_\_ ~Util-Information Unsealed |
| \_\_\_\_\_ ~Util-Set/Reset Deadlines/Hearings | \_\_\_\_\_ ~Util-Bond Set/Reset |
| \_\_\_\_\_ ~Util-Terminate Motions | \_\_\_\_\_ ~Util-Set/Reset Mot./R&R Deadlines/Hearings |