

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2024

<u>By Email and ECF</u>

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding an employee of the Defendant. | Discovery Material ("DM") | DOJ_HUAWEI_A_0123758413 – DOJ_HUAWEI_A_0123761527 |
| Records regarding a logistics company. | DM | DOJ_HUAWEI_A_0123761528 – DOJ_HUAWEI_A_0123761836 |

        Very truly yours,

        BREON PEACE
        United States Attorney
        Eastern District of New York

By:    /s/ Meredith A. Arfa
        Alexander A. Solomon
        Meredith A. Arfa
        Robert Pollack
        Assistant United States Attorneys
        (718) 254-7000

        MARGARET A. MOESER
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:    /s/ Laura Billings
        Laura Billings
        Jasmin Salehi Fashami
        Taylor Stout
        Trial Attorneys

        JENNIFER KENNEDY GELLIE
        Acting Chief, Counterintelligence and
        Export Control Section
        National Security Division, U.S. Department
        of Justice

By:    /s/ Christian Nauvel
        Christian Nauvel
        Yifei Zheng
        Garrett Coyle
        Monica Svetoslavov
        Ahmed Almudallal
        Trial Attorneys