

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN  271 Cadman Plaza East
F. #2017R05903  Brooklyn, New York 11201

October 29, 2024

<u>By Email and ECF</u>

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
        <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.      The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Department of Defense records. | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0124183349 – DOJ_HUAWEI_A_0124183407 |
| Huawei vendor record. | SDM | DOJ_HUAWEI_A_0124183408 – DOJ_HUAWEI_A_0124183410 |
| Records regarding North Korea. | SDM | DOJ_HUAWEI_A_0124183411 - DOJ_HUAWEI_A_0124183424 |
| Records regarding a former Huawei employee. | SDM | DOJ_HUAWEI_A_0124183425 – DOJ_HUAWEI_A_0124185852 |
| Huawei vendor records. | SDM | DOJ_HUAWEI_A_0124185853 – DOJ_HUAWEI_A_0124185861 |
| Department of Defense records. | Discovery Material ("DM") | DOJ_HUAWEI_A_0124185862 – DOJ_HUAWEI_A_0124185870 |
| Miscellaneous law enforcement records. | DM | DOJ_HUAWEI_A_0124185871 – DOJ_HUAWEI_A_0124186141 |
| Huawei vendor records. | DM | DOJ_HUAWEI_A_0124186142 – DOJ_HUAWEI_A_0124186190 |
| Records regarding North Korea. | DM | DOJ_HUAWEI_A_0124186191 - DOJ_HUAWEI_A_0124186312 |
| Records regarding a former Huawei employee. | DM | DOJ_HUAWEI_A_0124186313 – DOJ_HUAWEI_A_0124186969 |
| Reproduced miscellaneous law enforcement record. | DM | DOJ_HUAWEI_A_0124186970 – DOJ_HUAWEI_A_0124186972 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
     Alexander A. Solomon
     Meredith A. Arfa
     Robert Pollack
     Assistant United States Attorneys
     (718) 254-7000

     MARGARET A. MOESER
     Chief, Money Laundering and Asset
     Recovery Section, Criminal Division
     U.S. Department of Justice

By:   /s/ Laura Billings
     Laura Billings
     Jasmin Salehi Fashami
     Taylor Stout
     Trial Attorneys

     JENNIFER KENNEDY GELLIE
     Acting Chief, Counterintelligence and
     Export Control Section
     National Security Division, U.S. Department
     of Justice

By:   /s/ Christian Nauvel
     Christian Nauvel
     Yifei Zheng
     Monica Svetoslavov
     Ahmed Almudallal
     Trial Attorneys