

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA                                     *271 Cadman Plaza East*
F. #2017R05903                          *Brooklyn, New York 11201*

June 25, 2025

<u>By ECF</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Huawei Technologies Co., Ltd., et al.
<u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Judge Pollak:

The government respectfully writes on behalf of the parties to clarify the briefing schedule regarding the defendants' motion to compel the production of certain discovery, which was filed under seal on May 30, 2025, and publicly filed with redactions on June 11, 2025 (ECF No. 536). On February 14, 2025, Judge Donnelly entered a scheduling order providing that the defendants' discovery motions were due by May 30, 2025, the government's response is due by June 30, 2025, and the defendants' reply, if any, is due by July 15, 2025. On June 16, 2025, Your Honor entered a slightly different schedule, which provides that the government's response is due by July 1, 2025 and the defendants' reply, if any, is due by July 10, 2025.

The parties understood the schedule set by Judge Donnelly to apply to the defendants' motion to compel and, accordingly, if Your Honor is amendable, the parties have agreed to proceed on that schedule.

1

For the reasons above, the parties respectfully request that the Court enter an order clarifying the briefing schedule regarding the defendants' motion to compel.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/_____
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section,
Criminal Division
U.S. Department of Justice

By:    /s/_____
Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

JENNIFER KENNEDY GELLIE
Chief, Counterintelligence and Export
Control Section
National Security Division, U.S. Department
of Justice

By:    /s/_____
Christian J. Nauvel
Ahmed Almudallal
Sean O'Dowd
Trial Attorneys

cc:  Clerk of the Court (by ECF and Email)
     Defense Counsel of Record (by ECF and Email)

2