

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Huawei Techs. Co., Ltd. et al.
               Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      The government, by and through the undersigned filter attorney, respectfully submits this letter to notify the Court that the government filed today, via the Classified Information Security Officer, an ex parte status report in response to the Court's October 2, 2025 scheduling order.

                             Respectfully submitted,

                             JOSEPH NOCELLA, JR.
                             United States Attorney

               By:    /s/
                       Victor Zapana
                       Assistant U.S. Attorney
                       (718) 254-7000