

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

        The government hereby notifies the Court of its filing today, via the Classified Information Security Officer, of a supplemental memorandum in support of its classified ex parte, in camera motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

                            Respectfully Submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney
                            Eastern District of New York

              By:   /s/
                            Alexander A. Solomon
                            Meredith A. Arfa
                            Robert M. Pollack
                            Matthew Skurnik
                            Assistant United States Attorneys
                            (718) 254-7000

                            MARGARET A. MOESER
                            Chief, Money Laundering and Asset
                            Recovery Section, Criminal Division,
                            U.S. Department of Justice

By: _____
Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys

SCOTT M. LARA
Chief, Counterintelligence and Export
Control Section, National Security
Division, U.S. Department of Justice

By: _____
Ahmed Almudallal
Sean O'Dowd
Trial Attorneys

cc: Clerk of the Court (AMD) (by ECF)
Defense Counsel of Record (by ECF)