

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Huawei Techs. Co., Ltd. et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

    The government, by and through the undersigned filter attorney, respectfully submits this letter to notify the Court that the government filed today, via the Classified Information Security Officer, an ex parte motion pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. § 4, and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

      By:  /s/
           Victor Zapana
          Assistant U.S. Attorney
          (718) 254-7000