**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS                                        *271 Cadman Plaza East*
F. #2017R05903                            *Brooklyn, New York 11201*

November 25, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Huawei Technologies Co., Ltd., et al.*
              Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

        The government respectfully submits this letter to provide notice that, on November 24, 2025, the government submitted an *ex parte* filing, which was docketed at ECF No. 585.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York

By:   /s/
        Alexander A. Solomon
        Meredith A. Arfa
        Robert M. Pollack
        Matthew Skurnik
        Assistant United States Attorneys
        (718) 254-7000

        MARGARET A. MOESER
        Chief, Money Laundering, Narcotics and
        Forfeiture Section,
        Criminal Division
        U.S. Department of Justice

By:    /s/ _____

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


SCOTT M. LARA
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By:    /s/ _____

Sean O'Dowd
Trial Attorney


cc:  Clerk of the Court (by ECF and Email)
       Defense counsel of record (by ECF and Email)