UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

UNITED STATES OF AMERICA

    - against -                                                          CR 18-457 (AMD) (CLP)

HUAWEI TECHNOLOGIES
CO., LTD., et al.,

                Defendants.

---------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Sean O'Dowd from this point forward will be added as counsel for the government in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney Sean O'Dowd
    U.S. Department of Justice
    National Security Division
    Counterintelligence and Export Control Section
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 532-4304
    E-mail: sean.odowd@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Sean O'Dowd at the e-mail address above.

Dated:        Washington, D.C.
               December 8, 2025

Respectfully submitted,

SCOTT M. LARA
Acting Chief, Counterintelligence and
Export Control Section
National Security Division
U.S. Department of Justice

/s/
Christian J. Nauvel
Sean O'Dowd
Trial Attorneys

cc:     All defense counsel (by ECF)