

U.S. Department of Justice

*National Security Division*
*Counterintelligence and Export*
*Control Section*

950 Pennsylvania Avenue, NW
Washington, D.C. 20530

December 8, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Huawei Technologies Co., Ltd., et al.
           Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

    The government respectfully requests that Ahmed Almudallal, Garrett Coyle, and Yifei Zheng be removed from the docket for this matter as attorneys for the government. Mr. Almudallal's last day working at the U.S. Department of Justice was October 21, 2025, and Mr. Coyle and Ms. Zheng are no longer assigned to this case.

    Respectfully submitted,

    SCOTT M. LARA
    Acting Chief
    Counterintelligence and Export Control Section
    National Security Division
    U.S. Department of Justice

    /s/
    Christian J. Nauvel
    Sean O'Dowd
    Trial Attorneys
    (202) 353-2015

cc:    All defense counsel (by ECF)