

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 18, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      Enclosed please find a stipulation and proposed order governing certain items relating to Huawei's source code and technical documents produced to the government by a third party. *See* Ex. A (under seal). The stipulation has been signed by the government and counsel for defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. The parties respectfully request that the Court so order the stipulation.

      The government also respectfully requests leave to file the stipulation and proposed order under seal; to the extent the Court so orders the stipulation, the government will file a redacted version publicly, which redacts the third party's name. The government is sensitive to the need to minimize the amount of information in a criminal case that is filed under seal. *See, e.g.*, *United States v. Aref*, 533 F.3d 72, 83 (2d Cir. 2008) (noting "the requirement that district courts avoid sealing judicial documents in their entirety unless necessary"); *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006) (noting that sealing orders should be "narrowly tailored"). However, sealing is warranted in order to protect the privacy interests of a third party. *See United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995). Under the circumstances, the interest in safeguarding the third party's privacy interests outweighs the public's qualified right to access such information. Accordingly, the facts set forth herein provide a sufficient basis for the "specific,

on the record findings" necessary to support sealing. *Lugosch*, 435 F.3d at 120. The defendants do not object to the sealing request.

                    Respectfully submitted,

                    JOSEPH NOCELLA, JR.
                    United States Attorney
                    Eastern District of New York

By:   /s/_____
       Alexander A. Solomon
       Meredith A. Arfa
       Robert Pollack
       Matthew Skurnik
       Assistant United States Attorneys
       (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

SCOTT LARA
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Sean O'Dowd
Trial Attorney

cc:  Clerk of the Court (by ECF and Email)
     Defense counsel of record (by ECF)