

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM:MS/MAA/TGS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 23, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

At the status conference on September 30, 2025, the government represented that it intended to seek a superseding indictment making "extremely minor changes" to the currently operative Third Superseding Indictment, "most likely some minor changes to some dates." Sep. 30, 2025 Transcript at 8. The government stated that it intended to do so by "sometime before the end of the year." *Id.*

The government writes to update the Court and the defendants that, although it still intends to seek a further superseding indictment, due to several factors, including ongoing litigation, *see, e.g.*, ECF No. 586, it does not anticipate it will be in a position to do so by the end of this year. Nonetheless, to ensure the defendants have sufficient time to prepare for the May 4, 2026, trial in this matter, the government describes below the date changes that, at this time, it anticipates seeking in a fourth superseding indictment. The government reserves the right to supplement or modify these changes, but is presenting them now, more than four months before trial, in a good faith effort to provide the defendants with timely notice of such changes.

Specifically, at this time, the government anticipates seeking to modify the date ranges for Counts Six and Nine, which charge wire fraud conspiracy and wire fraud, respectively, from their current range of "[i]n or about and between November 2007 and May 2015" to in or about and between November 2007 and May 2018. In addition, the government anticipates seeking to modify the date range for Count Fifteen, which charges money laundering conspiracy,

from its current range of "[i]n or about and between November 2007 and November 2014" to in or about and between December 2006 and June 2015.

In addition to the above, the government is continuing to evaluate potential additional modifications to the Third Superseding Indictment; the government's position is that any such modifications would not cause any delay to the trial date or the defendants' ability to prepare for trial.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section,
Criminal Division
U.S. Department of Justice

By: /s/
Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By: /s/
Sean O'Dowd
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
Defense counsel of record (by ECF and Email)