

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MAA/TGS | *271 Cadman Plaza East* |
| F. #2017R05903 | *Brooklyn, New York 11201* |

February 13, 2026

<u>By Email and ECF</u>

Douglas A. Axel
Michael A. Levy
Frank R. Volpe
Ellyce R. Cooper
Melissa Colon-Bosolet
Daniel J. Hay
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

Brian M. Heberlig
Ryan P. Poscablo
William L. Drake
Jessica I. Rothschild
Steptoe LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find updated preliminary demonstrative Racketeer Influenced and Corrupt Organization ("RICO") investment and related trial exhibits, including additional Bates numbers for the underlying records.  *See* Exhibits A and B.  The government reserves the right to

supplement and/or modify these exhibits.  The government is designating Exhibits A and B as Discovery Materials pursuant to the protective order entered in the case.  *See* ECF No. 57.

          Very truly yours,

          JOSEPH NOCELLA, JR.
          United States Attorney
          Eastern District of New York

By:   /s/_____
      Alexander A. Solomon
      Meredith A. Arfa
      Robert Pollack
      Matthew Skurnik
      Matthew F. Sullivan
      Assistant United States Attorneys
      (718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney


CC:   Clerk of Court (via ECF) (without exhibits)