Case 1:18-cr-00457-AMD-JAM   Document 635   Filed 02/20/26   Page 1 of 3 PageID #: 10935



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM:MS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 20, 2026

<u>**UNDER SEAL**</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this sealed response to the defendants' supplemental brief concerning their motion to suppress. ECF No. 625. As explained below, none of the additional materials attached to the defendants' supplemental brief should affect this Court's analysis.

      *First*, none of the materials undermine the validity of the border searches of laptops conducted in February 2018 or April 2018, including the government's arguments that (1) those searches were supported by reasonable suspicion, (2) discovery of the contents of the devices was inevitable, and (3) the border searches were conducted in good faith reliance on then-existing law. *See* ECF No. 609. The Court can and should deny suppression of the 2018 devices on these grounds alone.



---

[1]     Capitalized terms not otherwise defined herein have the meanings ascribed in the government's brief opposing the defendants' motion to suppress. *See* ECF No. 561.



In short, the supplemental materials submitted by the defendants do not affect the Court's suppression analysis, and the defendants' motion should be denied in its entirety.[2]

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/
　　　Alexander A. Solomon
　　　Meredith A. Arfa
　　　Robert Pollack
　　　Matthew Skurnik
　　　Matthew Sullivan
　　　Assistant United States Attorneys
　　　(718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

---

[2] For the same reasons the government's prior suppression briefs have been submitted under seal, the government respectfully seeks permission to submit this brief under seal, with a redacted version filed on the public docket.

3