UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
UNITED STATES OF AMERICA,

               v.                         18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA INC., and
FUTUREWEI TECHNOLOGIES, INC.,

               Defendants.
------------------------------------------------------- X

**THE PARTIES' JOINTLY PROPOSED WRITTEN JURY QUESTIONNAIRE[1]**
**Annotated to Reflect Authority for Defense-Proposed Questions**
**_Including Comments with the Government's Position on Certain Questions_**

---

[1] This written questionnaire is being submitted after the parties met and conferred regarding its content. Questions highlighted in yellow represent defense proposals to which the government objects. The question highlighted in green represents a government proposal to which the defense objects. All other questions are jointly proposed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
UNITED STATES OF AMERICA,

              v.                          18-CR-457 (AMD)

HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI DEVICE CO., LTD.,
HUAWEI DEVICE USA INC., and
FUTUREWEI TECHNOLOGIES, INC.,

               Defendants.
------------------------------------------------------- X

**THE HONORABLE ANN M. DONNELLY**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

**\*\*IMPORTANT\*\***
**Jurors are instructed to call 1-800-###-#### on
[DAY], [DATE], 2026 after ##:00 PM for further
reporting instructions**

**Juror Information**

THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE.

**Please print the following information:**

Name: _____

Address: _____

_____

_____

Social Security Number: _____

Home Telephone: _____

Work Telephone: _____

Cell Phone: _____

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE COMPLETE THE FOLLOWING DECLARATION:**

**DECLARATION**

**I solemnly state that the answers to the questions set forth in the attached questionnaire are, to the very best of my ability, true and correct.**

Date: _____                    _____
                                        (Signature)

Juror Number: **____**

## UNITED STATES v.
## HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., and FUTUREWEI TECHNOLOGIES, INC.

### PRELIMINARY INSTRUCTIONS

Welcome to the courthouse and thank you for participating in jury service. You are here today for one purpose only: to complete a jury questionnaire. The trial and jury selection process will not start today. Once you have completed the questionnaire, you are done for the day. You will be given instructions before you leave about when to return for jury service.

This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions that follow. All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no "right" or "wrong" answers to these questions; just be candid and truthful.

This questionnaire is designed to help simplify and expedite the jury selection process. Please answer each question by placing a check next to the correct response and by providing the information requested. Please take your time and answer each question as fully as possible. Answer all questions. If a question does not apply to you, fill in the space with an "N/A" for "not applicable." If you cannot answer a question because you do not understand it or do not know the answer, fill in the space with "Do Not Understand" or "Do Not Know." Do not leave any answer blank. Write in dark ink and as legibly as possible. Please do not write on the back of any page. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

Although some of the questions may appear to be of a personal nature, please understand that these questions will help the parties and the Court select a fair and impartial jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

When you return to court, the Court may ask specific questions about some information in your questionnaire. If there are things you do not want to talk about in open court, please circle the question numbers and list them at the end of the questionnaire in the space provided for this purpose. Arrangements will be made to address those matters outside the presence of other prospective jurors.

Jury service is one of the most important duties a citizen can be called on to perform. You will be fulfilling your civic duty by responding completely and honestly during jury selection. Your participation and cooperation in this process are greatly appreciated.

i

**Juror Number: _____**

\* \* \*

It is important that the jury in no way be influenced by the public or the media.  Do not discuss this questionnaire or your answers with friends, family, co-workers, court personnel, or anyone else.  The answers that you provide must be yours and yours alone.  From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, blogs, or social media.  Do not discuss this case with anyone, including your family.  Do not discuss or post anything about this case on any platform, including TV, radio, newspaper, websites, blogs, or social media.  Do not research this case, the people involved, any of the facts presented in this questionnaire, any prior court proceedings, the lawyers, and/or the Judge.  This includes research conducted on the internet or through any other source of information, including performing internet or social media searches, use of AI chatbots, asking other people about the case, reading news stories, books, or reports about the case, or watching films, television, or streaming programs that relate to the case.  If you do read, listen, watch, or overhear information about this case from any sources outside the courtroom, you must notify courtroom staff immediately.

**Juror Number:** _____

## SUMMARY OF THE CHARGES

The Indictment in this case charges Huawei Technologies Co., Ltd., along with its subsidiaries—Huawei Device Co., Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc.—with various offenses, including participation in a racketeering conspiracy involving acts of wire fraud, bank fraud, obstruction of justice, theft of trade secrets, money laundering, and copyright infringement. Some defendants are also charged with committing these acts, as well as violating sanctions laws, either as part of a conspiracy or through substantive offenses. The defendants deny all allegations. This is just a summary of the charges to give you some background on the case. The Court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

Each defendant is presumed innocent of every charge in the indictment, and that presumption remains unless and until the government proves, at trial, each element of a charged offense beyond a reasonable doubt. If the government's evidence fails to establish any element beyond a reasonable doubt, you must find the defendant not guilty of that offense. The burden of proof rests entirely with the government and never shifts to the defendants.

**Juror ID: _____**

<u>**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLUE OR BLACK INK**</u>

<u>**PART I: SCHEDULING AND ABILITY TO SERVE**</u>

1.  The trial in this case may last approximately 18 weeks or longer.  The jury will generally sit four (4) days per week, from 9:00 AM to 5:30 PM.  Jury service is one of the highest duties and privileges of a United States citizen.  **Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.**  Potential jurors may be excused only on the ground that jury service would be a <u>serious</u> hardship.  A serious hardship exception would include, for example, those who care for a child whose health or safety would be impacted by your absence for jury service; provide essential care to the elderly or infirm; or whose services are so essential to a business that it would close during your absence for jury service.

    Do you believe you have a serious hardship that would prevent you from serving as a juror?

    Yes _____    No _____

    a.  If Yes, please explain the hardship:
        _____
        _____

    b.  Does your employer pay you for time missed as a result of jury service?

        Yes _____    No _____    Unsure_____

        ***If you are unsure, please find out before you return to court for jury selection questioning.***

2.  Do you have any commitments that would make it difficult for you to get to Court by 9:00 AM, every day of trial, or remain at the courthouse until 5:30 PM?  Court will be held at 225 Cadman Plaza East, Brooklyn, NY 11201.

    Yes _____    No _____

    a.  If Yes, please explain why you would be unable to get to Court by 9:00 AM or remain until 5:30 PM:
        _____
        _____

> **Commented [A1]:** The Government notes that the estimate of no more than 12 weeks for the government's case-in-chief has not changed.

2

**Juror ID: _____**

3.      Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating for long periods of time?

Yes _____      No _____

    a.  Please explain, including any accommodations you might need to serve:

_____
_____

4.      Are you taking any medication that would prevent you from giving full attention to all the evidence at this trial?

Yes _____      No _____

    a.  If Yes, please explain:

_____
_____

5.      Do you speak any foreign languages?

    a.  Yes _____      No ____If yes, which language(s)?

_____

6.      Do you have any difficulty reading, speaking, or understanding English?

Yes _____      No _____

    a.  If Yes, please explain:

_____
_____

7.      Do you have any <u>pre-paid</u> and <u>non-refundable</u> travel plans between early May and early September, 2026?

Yes _____      No _____

    a.  If Yes, please describe your plans and the dates of travel:

_____

8.      At the conclusion of the case the Court will charge you on the law and explain to you the elements of the crimes charged in the indictment.  Do you have personal, religious, philosophical, or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court or that would make it difficult for

**Juror ID: _____**

you to return a verdict of guilty or a verdict of not guilty based on the evidence or lack of evidence presented?

Yes _____          No _____

    a.   If Yes, please explain:

_____

_____

9.      Is there any other reason why you would be unable to serve as a juror in this case?

Yes _____          No _____

    a.   If Yes, please explain:

_____

_____

4

**Juror ID: _____**

## **PART II: JUROR BACKGROUND**

10.    Name: _____

11.    Gender: _____

12.    Age: _____

13.    Where do you currently live?  Do not include your street address.

    County: _____Neighborhood: _____

      a.  How long have you lived there? _____

      b.  Do you own or rent your home? _____

14.    With whom do you live? _____

15.    Where were you born? _____

16.    Where were you raised? _____

17.    Have you ever lived in another country?

      a.  If Yes, please describe where and when:
        _____
        _____

18.    Have you ever traveled outside the United States?

      a.  If Yes, please describe where and when:
        _____
        _____

19.    What is your highest level of education?

      _____High School      _____Master's
      _____Associates      _____Professional Degree
      _____Bachelor's      _____Doctorate

      a.  Please list your major area(s) of study and specific degrees obtained: _____
        _____

5

**Juror ID: _____**

20.     What is your current job status? (Check only one)

_____ Working full-time          _____ Unemployed
_____ Working part-time          _____ At home caregiver
_____ Retired                    _____ Full-time student
_____ Disabled                   _____ Other

21.     Occupation:

a.  Please list your current (or if retired or unemployed, most recent) occupation and employer, and how long you have had (or had) this job:

_____

b.  Please list your job duties:

_____

c.  If you have been in your current employment for fewer than 10 years, please list your previous employment, how long you had that job:

_____

22.     Have you ever held a management position in your work?[2]

a.  Yes _____     No _____

b.  If Yes, please describe your role and how many people you managed:

_____

> **Commented [A2]:** The Government submits that Question 22 is cumulative to Question 21. This objection, and the others noted below, is based on the Government's view that a shorter questionnaire is more likely to be completed fully and accurately, which counsels against including duplicative and/or irrelevant questions.

23.     What is your current marital or relationship status?  Check all that apply.

_____ Single                     _____ Divorced
_____ Married                    _____ Widowed
_____ Separated                  _____ Live with a partner

24.     Please list and describe your partner's current occupation.  If retired, please list any former occupation:

_____
_____

---

[2] Adopted from Question 15 of this Court's written jury questionnaire in *United States v. Kelly*, 19 CR 286 (E.D.N.Y.), ECF No. 115 ("*Kelly* Questionnaire"). *See also* Question 16 of Judge Cogan's written jury questionnaire in *United States v. Guzman Leora*, 9 CR 466 (E.D.N.Y.), ECF No. 221 ("*Guzman Leora* Questionnaire").

**Juror ID:** _____

25.    If you have children/stepchildren, please provide the following information:

| Gender | Age | Child Living with You? | Highest Level of Education? | Type of Occupation / Level in School |
|--------|-----|------------------------|----------------------------|--------------------------------------|
|        |     |                        |                            |                                      |
|        |     |                        |                            |                                      |
|        |     |                        |                            |                                      |
|        |     |                        |                            |                                      |

7

**Juror ID:** _____

### PART III: AFFILIATIONS AND INTERESTS

26.    Please list all social, political, civic, religious, community, fraternal, labor, professional, charitable, volunteer and public-interest groups, associations, or organizations in which you participate in any way.

GROUP                Purpose of Group        Involvement            Offices or Positions Held

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

27.    List three publicly known people whom you admire *most*

     a.  _____
     b.  _____
     c.  _____

28.    In your personal life, what special skills, hobbies and/or interests do you have? In other words, what do you like to do in your spare time?

_____

_____

8

**Juror ID:** _____

29. Would others describe you as open-minded and willing to listen to and assess different viewpoints? [33]

    Yes_____ No_____

    > **Commented [A3]:** The Government submits that Question 29 is vague and cumulative to other questions that address specific topics of potential bias.

30. How often or closely do you follow the news?

    _____Every day
    _____Almost every day
    _____Several times a week
    _____Several times a month
    _____Never

31. What are your main sources of news and information?  Please list those that fall into the categories below.  If you need more space for any category, please use additional lines below.

    Newspapers:_____
    Social Media: _____
    Podcasts:_____
    Television: _____
    Radio: _____
    Websites: _____
    Other: _____

32. How often do you use the Internet?

    _____Every day
    _____Almost every day
    _____Several times a week
    _____Several times a month
    _____Very infrequently
    _____Never

---

[33] Adopted from Question 19 of the *Kelly* Questionnaire.

9

**Juror ID: _____**

33.    How often do you tweet, vlog, blog, podcast or post comments on the internet?

_____ Every day
_____ Almost every day
_____ Several times a week
_____ Several times a month
_____ Very infrequently
_____ Never

34.    What television shows do you watch?

_____

35.    Do you typically watch, read, or listen to any legal, courtroom, or "true-crime" television programs, films, podcasts, books, or articles? [4]

Yes _____ No _____

    a.    If Yes, please tell us which ones:

_____
_____

36.    Have you ever closely followed criminal cases alleging business or financial misconduct?

Yes _____ No _____

    a.    If Yes, please state which case(s) you were interested in and why you were interested.

_____
_____

> **Commented [A4]:** The Government submits that Questions 35 and 36 are cumulative to Questions 30-34 and/or unnecessary.

---

[4] Adopted from this Court's oral voir dire in *United States v. Pikus*, 16 CR 329 (E.D.N.Y.), ECF No. 393.

10

Juror ID: **____**

**PART IV: EXPERIENCE WITH AND VIEWS RELATED TO COURTS, LAW ENFORCEMENT AND GOVERNMENT AGENCIES**

37.    Have you ever served on a jury?

Yes _____    No _____

    a. If yes to trial, was it a trial jury or a grand jury?  Trial Jury_____ Grand Jury_____

    b. If yes to trial jury, were you the foreperson?    Yes _____ No _____

    c. If yes to trial jury, was it    Civil _____Criminal _____Both _____

    d. If Yes, was a verdict reached?    Yes _____ No _____

    e. Is there anything about your prior jury service that would affect your ability to be fair, and impartial in this trial?    Yes _____ No _____

      i. If Yes, please explain: _____

      _____

38.    This is a criminal case and the burden of proof is different—and higher—than in a civil case. In a criminal matter, the government must prove each element of the offense charged beyond a reasonable doubt. If it does not, the jury must find the defendant not guilty. Based on any prior experiences you may have had with a civil case and its lower burden of proof, is there anything that would prevent you from applying the higher "beyond a reasonable doubt" standard required in this case? [5]

Yes _____        No_____

> **Commented [A5]:** The Government does not object to addressing the presumption of innocence and burden of proof in a criminal case. That topic, however, is addressed in the Summary of the Charges above and it is unnecessary and duplicative to address it again here.

39.    Have you or anyone close to you ever had training with or worked with a law enforcement agency (including police, sheriff, jail, prison, immigration, parole, or probation)?

Yes (self) _____    Yes (family / friend) _____    No _____

40.    The witnesses in this case may include law enforcement officers, such as police officers and federal agents. Will you be able to evaluate their credibility or lack of credibility as you would any other witness?

Yes _____    No _____

---

[5] *See, e.g., United States v. Blount*, 479 F.2d 650 (6th Cir. 1973) (holding that the district court's refusal to ask prospective jurors if they could accept the proposition of law that a defendant is presumed to be innocent and has no burden to establish his innocence constituted reversible error).

11

**Juror ID: _____**

41.     Have you or anyone close to you ever had training or worked with a government agency at the local, state, or federal level, including military service?

Yes _____          No _____

    a.  If you checked any of the above, please provide your/their employer and position:

       _____

       _____

42.     What is your general opinion about the United States government?

_____Extremely Positive
_____Somewhat Positive
_____Neutral
_____Somewhat Negative
_____Extremely Negative

    a.  Please explain your opinion:

       _____

       _____

> **Commented [A6]:** The Government objects to this question on the basis that it seeks irrelevant information that is not focused on whether a potential juror could be fair and impartial in the case. The Government had objected to the question when it was proposed by the defendants during the parties' meet and confer. To the extent that the Government's continued objection this question was not noted in the draft submitted to the Court, that was an inadvertent oversight.

43.     Have you or anyone close to you ever worked, studied to work, or planned to work in the legal profession (for example, as an attorney, paralegal, or legal secretary)?

Yes (self) _____          Yes (family / friend) _____          No _____

    a.  If Yes, please indicate who and describe their work or study:

       _____

       _____

    b.  Is there anything about your/their experience that would affect your ability to be fair and impartial in this case?  Yes _____          No_____

       If Yes, please explain:

       _____

       _____

12

**Juror ID: _____**

44.    Do you have any opinions about prosecutors or criminal defense attorneys that would affect your ability to be a fair and impartial juror?

Yes _____        No _____

    a.   If Yes, please explain:
        _____
        _____

45.    Have you or anyone close to you ever worked for a local, state, or federal court, as a judge, court clerk, court security, or in any other capacity?

Yes (self) _____        Yes (family / friend) _____      No _____

    a.   If Yes, please identify the court or office and the position:
        _____
        _____

46.    Have you or anyone close to you ever been a victim of a crime (whether reported or not)?

Yes _____        No _____

    a.   If Yes, please explain:
        _____
        _____

    b.   Is there anything about your/their experience that would affect your ability to be fair and impartial in this case?  Yes _____      No _____

        i.   If Yes, please explain:
            _____
            _____

47.    Have you or anyone close to you ever been accused of a crime, arrested, or convicted of a crime?

Yes _____        No _____

    a.   If Yes, please explain:
        _____
        _____

13

**Juror ID: _____**

      b. Is there anything about your/their experience that would affect your ability to be fair and impartial in this case? Yes _____    No _____

         i. If Yes, please explain:

         _____

         _____

48. Have you or someone close to you ever worked for a company that was accused of criminal or civil wrongdoing?[6]

   Yes_____No _____

      a. If Yes, please explain:

         _____

         _____

      b. Is there anything about your/their experience that would affect your ability to be fair and impartial in this case? Yes_____No _____

         i. If Yes, please explain:

         _____

> **Commented [A7]:** The Government submits that Question 48 is cumulative to Question 47 to the extent it addresses criminal wrongdoing and is irrelevant and overbroad to the extent it considers civil wrongdoing (e.g., employment discrimination, slip-and-fall accidents). If it is necessary to ask the question posed in Question 48 as it relates to criminal wrongdoing, adding "or worked for a company that has been accused or convicted of a crime" to Question 47 would address the Government's concern.

49. Have you or anyone close to you ever had any legal action or dispute with the federal government, any state or local government, or any of their agencies, officers, agents, or employees?

   Yes _____    No _____

      a. If Yes, please explain:

         _____

         _____

      b. Is there anything about your/their experience that would affect your ability to be fair and impartial in this case? Yes _____    No _____

         i. If Yes, please explain:

         _____

         _____

---

[6] This question is appropriate here, where corporate entities are on trial.

**Juror ID:** _____

50.    Have you or anyone close to you ever been the subject of an investigation, participated in a witness interview, or otherwise had contact with the United States Government, (including the Department of Justice, the U.S. Attorney's Office for the Eastern District of New York, the Federal Bureau of Investigation, U.S. Customs and Border Protection, the Defense Criminal Investigative Service, the Bureau of Industry and Security, Homeland Security Investigations, or any other prosecuting offices), state government or agency, or law enforcement officer or agency?

Yes (self) _____         Yes (family / friend) _____     No _____

    a.    If Yes, please explain:
    _____
    _____

    b.    If Yes, is there anything about your/their experience that would affect your ability to be fair and impartial in this case?
    _____
    _____

51.    Do you have any opinions or beliefs concerning law enforcement in general—including the Department of Justice, the U.S. Attorney's Office for the Eastern District of New York, the Federal Bureau of Investigation, U.S. Customs and Border Protection, the Defense Criminal Investigative Service of the Department of Defense, the Bureau of Industry and Security within the U.S. Department of Commerce, or the U.S. Department of Homeland Security—that would affect your ability to be fair and impartial in this case?

Yes _____         No _____

    a.    If Yes, please explain:
    _____
    _____

15

Juror ID: _____

## PART V: FAMILIARITY WITH THE CASE AND RELEVANT PARTIES

52.   Please review the list attached to this questionnaire (Attachment A) that provides the names of people and entities you may hear about during the trial.  Do you or anyone close to you know or have any persona, professional, or other substantial connection with the individuals or entities listed?

Yes (self) _____        Yes (family / friend) _____        No _____

   a.   If Yes, please circle the name of any person or entity on Attachment A that you know.

53.   Do you know or have any association with anyone who works for the United States Department of Justice, United States Attorney's Office for the Eastern District of New York, the Federal Bureau of Investigation, U.S. Customs and Border Protection, the Defense Criminal Investigative Service, the Bureau of Industry and Security, the U.S. Department of Homeland Security, the United States Department of the Treasury, or the Office of Foreign Assets Control ("OFAC")?

Yes _____        No _____

   a.   If Yes, please identify who and the nature of your relationship:
   _____
   _____

   b.   If Yes, is there anything about that association that would affect your ability to be fair and impartial in this case?
   _____
   _____

54.   Do you personally know any of the attorneys who are representing any of the defendants in this case or have a personal connection to any of the law firms where any of the defense attorneys work, including Jenner & Block, LLP, Sidley Austin LLP, and Steptoe LLP?

Yes _____        No _____

   a.   If Yes, please identify who and the nature of your relationship:
   _____

   b.   If Yes, is there anything about that association that would affect your ability to be fair and impartial in this case?
   _____

16

Juror ID: **____**

_____

55.   The Judge presiding in this case is United States District Judge Ann M. Donnelly.  Do you or anyone you know have any association with Judge Donnelly or anyone who works for the United States District Court for the Eastern District of New York?

      Yes (self) _____      Yes (family / friend) _____    No _____

56.   Before today, had you ever heard of Huawei or any of its subsidiaries?[7]

      Yes_____No_____

      a.   If Yes, please describe your understanding of its business:
           _____
           _____

      b.   If Yes, do you have a positive or negative opinion of Huawei or any of its subsidiaries?
           _____
           _____

57.   Before today, had you heard or read anything about criminal charges being brought against the defendants, their subsidiaries, their affiliates, or any of their executives?

      Yes _____      No _____

      a.   If Yes, please explain including what you have heard, and how closely you have followed the case:
           _____
           _____

58.   Do you, or does anyone close to you, currently or previously work at any of the defendants or any of their subsidiaries or affiliates?

      Yes (self) _____      Yes (family / friend) _____    No _____

> **Commented [A8]:** The Government submits that Question 56 is cumulative to Questions 52 and 57-60 and is likely to elicit irrelevant information regarding the defendants' business. The Government submits that it is appropriate to ask whether a potential juror has an understanding of Huawei, but the question should be tailored to determine whether the understanding will prevent the potential juror from being fair and impartial.

_____

[7] Adopted from Questions 46-48 of Judge Cogan's written jury questionnaire in *United States v. Linda Sun*, 24 CR 346 (E.D.N.Y.), ECF No. 255.

**Juror ID:** _____

59.    Do you, or does anyone close to you, currently or previously have business dealings with defendants or any of their subsidiaries or affiliates?

Yes (self) _____         Yes (family / friend) _____      No _____

60.    Have you commented on, "liked," or posted anything on social media about or relating to defendants or any of their subsidiaries or affiliates?

Yes _____         No _____

18

**Juror ID:** _____

<u>**PART VI: PERSONAL EXPERIENCES AND**</u>
<u>**VIEWS RELATED TO CASE-SPECIFIC MATTERS**</u>

61.    Do you have views regarding any of the following that would influence your ability to be fair and impartial in this case?

      a.    Large technology companies

          Yes _____        No _____

          If Yes, please explain:

          _____
          _____

      b.    Financial Institutions

          Yes _____        No _____

          If Yes, please explain:

          _____
          _____

      c.    Banks

          Yes _____        No _____

          a.    If Yes, please explain:

          _____
          _____

      d.    Chinese companies

          Yes _____        No _____

          a.    If Yes, please explain:

          _____
          _____

Juror ID: _____

62.    Do you believe when the federal government brings a criminal case against a company, it is usually justified or warranted? [8]

Yes_____No_____

   a.    If Yes, please explain:



63.    Have you or anyone close to you ever been employed at an agency related to international trade restrictions (including but not limited to the Office of Foreign Asset Control)?

Yes (self) _____        Yes (family / friend) _____        No _____

64.    Have you or anyone close to you ever been employed by any technology company?

Yes (self) _____        Yes (family / friend) _____        No _____

   a.    If Yes, identify which company and describe position.



65.    Have you or anyone close to you ever been employed at an agency related to patents and trademarks (including by not limited to the United States Patent and Trademark Office)?

Yes (self) _____        Yes (family / friend) _____        No _____

66.    Do you have any personal experience working with trade secrets or proprietary technologies?

Yes_____No_____

   a.    If Yes, please explain:



---

[8] Questions 62-68 inquire about personal experiences and experiences of family members that might reveal implicit or explicit biases in potential jurors. *See United States v. Rahman*, 189 F.3d 88, 121 (2d Cir. 1999) (approving of voir dire that asked "subtle, detailed questions about [jurors'] personal experiences that might have prejudiced them against the defendants"); *United States v. Wilson*, 493 F. Supp. 2d 422, 431 (E.D.N.Y. 2006) (Garaufis, J.) (finding that experience of juror's brother being falsely identified by law enforcement supported a finding of bias during voir dire).

20

**Juror ID:** _____

67.  Do you have strong feelings about the protection of intellectual property?

Yes _____ No _____

a.  If Yes, please explain:

_____
_____

68.  Have you or anyone close to you ever been employed by any domestic or international financial institution /bank?

Yes (self) _____      Yes (family / friend) _____      No _____

a.  If Yes, identify which company and describe position.

_____
_____

69.  For some of the witnesses who may testify in this case, their native language is not English and they speak through the use of an interpreter.  Is there anything that will prevent you from evaluating their testimony fairly and impartially in accordance with the Judge's instructions?

Yes _____    No _____

a.  If Yes, please explain:

_____

_____

70.  Some of the witnesses in this case may be individuals who are either an executive or a manager at a large corporation.  Is there anything that will prevent you from evaluating their testimony fairly and impartially in accordance with the Judge's instructions?

Yes _____    No _____

a.  If Yes, please explain:

_____

_____

**Commented [A9]:** Question 62: The Government submits that this question does not address a potential juror's bias about this case, but seeks the potential juror's belief about a generic corporate defendant's guilt, which is different than whether the potential juror is likely to find the Huawei defendants guilty or afford them the presumption of innocence. This question is duplicative of Question 86 which does focus on determining whether a potential juror would afford the Huawei defendants the presumption of innocence.

Questions 63-66 & 68: The Government submits that these questions are duplicative of Questions 41 and 61, are not framed to determine whether a potential juror can be fair and impartial, and address topics that are not relevant to the issues in this case.

Question 67: The Government submits that this question seeks a potential juror's views about the policies that underlie the laws they would be applying, but it does not seek to determine whether the potential juror could fairly and impartially apply the law as instructed.

21

**Juror ID: _____**

71.    Some of the witnesses in this case may be individuals who have participated in and pleaded guilty to serious crimes and are testifying pursuant to agreements with the government in the hopes that their own sentences will be reduced. Is there anything that will prevent you from evaluation their testimony fairly and impartially in accordance with the Judge's instructions?

Yes _____        No _____

    a.  If Yes, please explain:

        _____

        _____

22

Juror ID: ____

## PART VII: VIEWS REGARDING CHINA AND OTHER FOREIGN COMPANIES

72.   The Defendants in this case include Chinese companies.  Do you have any personal experiences, beliefs, or opinions about Chinese companies that could affect, even indirectly, your ability to be fair and impartial to either the government or the defendants?  If yes, please explain.

Yes _____     No _____

   a.  If Yes, please explain:
   _____
   _____

73.   Do you have any personal or professional ties to China (including family / friends of Chinese descent, having visited China, etc.)?

Yes _____     No _____

   a.  If Yes, is there anything about those ties that would affect your ability to be fair and impartial in this case?  Yes _____No _____

      i.  If Yes, please explain:
      _____
      _____

74.   Do you have strong feelings about China or Chinese nationals working in this country?[9]

   a.  If Yes, please explain:

_____

[9] Questions 74-79 and Questions 82-84 are adopted from voir dire and written jury questionnaires which inquired into prospective jurors' views and potential biases related to countries in trials where those regions were central to the presentation of the case. *See,* Questions 25-29 of Judge White's voir dire in *United States v Liew et al*, 11 CR 573 (N.D. Cal.), ECF No. 679; Questions 8-9 of Judge Berman's voir dire in *United States v Atilla*, 15 CR 867 (S.D.N.Y.), ECF No. 359; Questions 10 and 27 of Judge Nathan's written voir dire in *United States v Sadr*, 18 CR 224 (S.D.N.Y.), ECF No. 242; Questions 99-100 of Judge Cogan's written jury questionnaire in *United States v. Guzman Loera*, 9 CR 466 (E.D.N.Y.), ECF No. 221. *See also,* Question 59 of the *Guzman Loera* Questionnaire (eliciting jurors' views about social or political issues potentially implicated by the case).

23

**Juror ID: _____**

75.    Do you tend to believe that Chinese technology companies have an advantage over their American competitors?

Yes _____ No _____

    a.  If Yes, please explain:

76.    Do you have strong feelings about theft of U.S. intellectual property by China or Chinese nationals?

Yes _____ No _____

    a.  If Yes, please explain:

77.    Do you tend to believe that executives at Chinese corporations are (check one):

_____ More honest than executives at American corporations
_____ About as honest as executives at American corporations
_____ Less honest than executives at American corporations

78.    In connection with U.S. Government foreign intervention in China, do you support

More Intervention _____    Less Intervention _____    No opinion _____

    a.  Please explain:

79.    Do you support tariffs on China?

Yes _____    No _____    Unsure _____

    a.  If Yes, please explain:

80.    You may hear testimony about business conducted in Iran. Do you have any personal experiences, beliefs, or opinions about Iran, the Iranian government, or Iranian

**Commented [A10]:** The Government submits that Questions 74-79 are cumulative to Questions 72-73, are not framed to determine whether a potential juror can be fair and impartial, and/or address topics that are not relevant to the issues in this case.

Questions 74-75 are not relevant to a potential juror's ability to be fair and impartial. Question 76 is the type of question that is regularly rejected and focuses on a normative judgment of a crime rather than whether a defendant committed that crime. Questions 77-79 address topics that are not relevant to the issues and a potential juror's determination of guilt in this case.

24

**Juror ID: _____**

companies that could affect, even indirectly, your ability to be fair and impartial in this case.

Yes _____    No _____

    a.  If Yes, please explain:

       _____

81.    You may hear testimony about business conducted in North Korea. Do you have any personal experiences, beliefs, or opinions about North Korea, the North Korean government, or Iranian companies that could affect, even indirectly, your ability to be fair and impartial in this case.

Yes _____    No _____

    a.  If Yes, please explain:

       _____

       _____

25

**Juror ID:** _____

82. Do you have any personal or professional experience with U.S. immigration on visa matters, such as employment-based visas (including H-1B visas) or issues involving dual citizenship?

    Yes_____No_____

83. To what extent do you support or oppose U.S. economic sanctions against foreign countries such as North Korea and Iran?

    ____Extremely Favor
    ____Somewhat Favor
    ____Neutral
    ____Somewhat Oppose
    ____Extremely Oppose
    ____Do Not Know Enough to Say

84. Do you have professional or personal ties to any foreign corporation or government that could affect, even indirectly, your ability to be fair and impartial in this case.

    Yes_____No_____

    a. If Yes, please explain the tie and your experience:
    _____
    _____

> **Commented [A11]:** The Government submits that Questions 82-83 are not framed to determine whether a potential juror can be fair and impartial and address topics that are not relevant to the issues in this case. The Government submits that Question 84 is cumulative to Questions 21, 72-73, and 80-81.

26

**Juror ID: _____**

**PART VIII: QUESTIONS CONCERNING LEGAL PRINCIPLES AND EVIDENCE**

85.    Under the law, the facts are for the jury to determine, and the law is for the Judge to determine.  You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it for any reason, and you must determine the facts according to those instructions.  Do you accept this principle, and will you be able to follow the Judge's instructions if selected to serve on this jury?

Yes _____        No _____

   a.  If No, please explain:
   _____
   _____

86.    The law provides that a defendant in a criminal case is presumed innocent at all stages of the trial and is not required to put on any defense at all.  The government is required to prove the defendant guilty beyond a reasonable doubt on each charge.  Do you accept these principles, and will you be able to apply them if selected to serve on this jury?

Yes _____        No _____

   a.  If No, please explain:
   _____
   _____

87.    The law provides that a defendant in a criminal case has an absolute right not to testify, and that a juror cannot hold it against the defendant if it (or a corporate representative) chooses not to testify.  Do you accept this principle, and will you be able to apply it if selected to serve on this jury?

Yes _____        No _____

   a.  If No, please explain:
   _____
   _____

88.    Under the law, a juror is required to make their decision based solely on the evidence or lack of evidence presented in Court, and not on the basis of conjecture, suspicion, bias, sympathy, or prejudice.  Do you accept this principle, and will you be able to apply it if selected to serve on this jury?

Yes _____        No _____

   a.  If No, please explain:
   _____
   _____

27

Juror ID: **____**

89.    Under the law, the question of punishment is for the Court alone to decide, and thus the issue of punishment must not enter into your deliberations as to whether the defendant is guilty or not guilty as charged. Do you accept this principle, and will you be able to apply it if selected to serve on this jury?

Yes _____    No _____

    a.  If No, please explain:

        _____

90.    Do you believe you could evaluate a corporation as a defendant in the same way you would evaluate an individual defendant applying the same legal standards in deciding whether the government has met its burden of proof?

Yes _____    No _____

91.    Under the law, the testimony of a single witness can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness proves the defendant's guilt beyond a reasonable doubt with respect to a particular charge or count. Will you be able to apply that principle if selected to serve on this jury?

Yes_____No_____

    a.  If Yes, please explain:

**Commented [A12]:** The Government submits that this question is appropriate to determine whether a prospective juror could be fair and impartial and could properly follow the law. Further, 91(a) should read, "If No, please explain," not "If Yes, please explain".

92.    You may see or hear evidence during the trial in languages other than English, including Mandarin (Chinese) and Farsi. Do you speak, read, or write in any foreign language, including Chinese or Farsi? Check all that apply:

Yes (Speak) _____    Yes (Read) _____    Yes (Write) _____    No _____

    a.  If Yes, identify the language(s).

        _____

**Juror ID:** _____

     b.  If Yes, can you follow the Court's instruction that only English translations are evidence and not rely on any native Mandarin text or testimony?

       Yes _____     No _____

93.   This case may receive media or other public attention. As instructed above, **from now until your jury service is complete**, you are instructed to avoid all media coverage about this case and may not search the Internet or social media about this case for any purpose. That is, you are forbidden from consuming any news media or social media about this case, and from discussing this case (or anyone participating in the case) outside of the courtroom. You also must not discuss this case with anyone. This includes your family, friends, spouse, domestic partner, colleagues, and co-workers. These instructions apply from now and until you are either dismissed from jury selection or chosen as a juror and the trial is complete. When we return for the next step in jury selection, the Judge will ask you if you have followed this instruction. Will you be able to follow that instruction?

   Yes _____     No _____

     a.  If Yes, please explain:
       _____
       _____

94.   Is there anything else about the subject matter of this case, or the points covered in the questionnaire, or any matter not covered by this questionnaire, that would affect your ability to be a fair and impartial juror in this case?

   Yes _____     No _____

     a.  If Yes, please explain:
       _____
       _____

95.   Is there any answer you wish to discuss privately with the Judge?

   Yes _____     No _____

     a.  If Yes, please identify the question number(s):
       _____
       _____

**Juror ID: ____**

## <u>JUROR OATH</u>

I hereby declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and complete to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not conducted any independent research about this case or any of the parties or lawyers involved in this case. I have not received assistance in completing the questionnaire.

_____          _____
Signature                                                                    Date

30

**Juror ID:** _____

**Further Explanation Sheet**
**(Please put the question number next to your response)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____