

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2026

By Email

Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colon-Bosolet
Daniel J. Hay
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Katya Jestin
Jenner & Block LLP

Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
Steptoe LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
      Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    The government is providing, via USAfx, initial trial exhibits, along with a list of the exhibits.  The government is designating the exhibits, as well as the exhibit list, as Discovery Materials pursuant to the protective order entered in the case.  *See* ECF No. 57.

The government's preparation for trial is ongoing, and the government reserves the right to disclose additional exhibits.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/                                    
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

Encls. (by USAfx)

cc:    Clerk of Court (AMD) (by Email) (Without Exhibits)

2