

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/MAA/RMP/MS/MFS                              *271 Cadman Plaza East*
F. #2017R05903                                          *Brooklyn, New York 11201*


March 18, 2026


The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re:      United States v. Huawei Technologies Co., Ltd., et al.
         Criminal Docket No. 18-457 (S-3) (AMD)


Dear Judge Marutollo:

The government respectfully submits this letter on behalf of the parties pursuant to Your Honor's March 17, 2026 order noting that certain of the parties' proposed redactions to the Court's March 12, 2026 Memorandum and Order include several lines of quotations from prior submissions that were previously unredacted, and directing the parties to file a joint letter explaining any need for those redactions. Upon further review of those portions of the proposed redactions noted by the Court, the parties agree that they need not be redacted. A revised proposed

redacted copy of the Memorandum and Order removing those portions of the redactions is submitted for the Court's convenience via e-mail.

<div style="margin-left: 50%;">

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/_____
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000


MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys


CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

</div>

2