**SIDLEY**          **JENNER & BLOCK** LLP          **Steptoe**

April 2, 2026

**Via Email**

Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Matthew Sullivan
U.S. Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Money Laundering, Narcotics and Forfeiture Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue NW, 10th Floor
Washington, D.C. 20005

Christopher Fenton
Counterintelligence and Export Control Section
U.S. Department of Justice, National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

> **Re:** *United States v. Huawei Technologies Co., Ltd.*, No. 1:18-cr-00457 (S-3) (AMD) (JAM)

Dear Government Counsel:

We write on behalf of Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively, "Huawei") to provide, via Box, our initial trial exhibits, along with a list of those exhibits.

A production of Rule 16 discovery materials will follow. This production consists of documents that have not been previously produced in discovery. The bates range for this production is HUAWEI_EDNY_00000001 - HUAWEI_EDNY_00015350.

Huawei's preparation for trial is ongoing, and Huawei reserves the right to disclose additional exhibits and Rule 16 discovery material. Huawei also reserves the right to use any government exhibit or any exhibit disclosed pursuant to 18 U.S.C. § 3500.

*United States v. Huawei Technologies Co. Ltd.*,
No. 1:18-cr-00457 (S-3) (AMD) (JAM)
April 2, 2026
Page 2

This initial trial exhibit disclosure consists of documents that Huawei may seek to admit into evidence during our case in chief.

As discussed during our recent meetings in London, Huawei proposes to engage in a meet-and-confer process regarding translations. Temporary translations have been provided in many instances, and Huawei reserves the right to supplement and update these translations as part of that process.

Respectfully submitted,

/s/ David Bitkower
David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

/s/ Douglas A. Axel
Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

/s/ Brian M. Heberlig
Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*

Encls. (by Email and Hard Copy)

cc: Clerk of Court (AMD) (by Email and Hard Copy) (Without Exhibits)