**SIDLEY**                **JENNER&BLOCK** LLP              **Steptoe**

April 2, 2026

**Via Email**

Alexander A. Solomon
Meredith A. Arfa
Robert M. Pollack
Matthew Skurnik
Matthew Sullivan
U.S. Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Money Laundering, Narcotics and Forfeiture Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue NW, 10th Floor
Washington, D.C. 20005

Christopher Fenton
Counterintelligence and Export Control Section
U.S. Department of Justice, National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

> Re:  *United States v. Huawei Technologies Co., Ltd.*, No. 1:18-cr-00457 (S-3) (AMD) (JAM) Huawei's Witness List

Dear Government Counsel:

Attached hereto as Exhibit A, please find the witness list of defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc. (collectively, "Huawei"). In addition to the witnesses listed in Exhibit A, Huawei may call linguists, percipient witnesses, summary witnesses, custodians, chain of custody witnesses, or any other witnesses necessary for the purpose of authenticating evidence under the Federal Rules of Evidence. Huawei reserves the right to call as a witness any person listed by the government and to call any witnesses necessary for rebuttal.

Huawei's preparation for trial is ongoing, and accordingly it will update this list if and when it learns of additional and/or substitute witnesses.

*United States v. Huawei Technologies Co., Ltd.*,
No. 1:18-cr-00457 (S-3) (AMD) (JAM)
April 2, 2026
Page 2

Respectfully submitted,

/s/ David Bitkower

David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

/s/ Douglas A. Axel

Douglas A. Axel
Michael A. Levy
Frank R. Volpe
Ellyce R. Cooper
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

/s/ Brian M. Heberlig

Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc.,*
*Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*

Encl. (by Email and Hard Copy)

cc:    Clerk of Court (AMD) (by Email and Hard Copy)