**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

The government respectfully seeks authorization from the Court to file an oversize brief for the government's supplemental *in limine* motions, due on April 24, 2026. Pursuant to the Court's Individual Practices and Rules, memoranda of law ordinarily are limited to 25 pages. Here, the government anticipates filing a brief of less than 35 pages. The defense consents to this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

SCOTT LARA
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
Defense counsel of record (by ECF)