FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* APRIL 17, 2026 *
BROOKLYN OFFICE

**INFORMATION SHEET**

18-CR-457 (S-4) (AMD)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. HUAWEI TECHNOLOGIES CO. LTD. ET AL.

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: ___Click here to enter a date.

4. Nature of offense(s):   ☒  Felony
                           ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   ☐
                                More than 6 weeks   ☒

7. County in which crime was allegedly committed: Kings County
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]      ☒ Yes  ☐ No

9. Has this indictment/information been ordered sealed?      ☐ Yes  ☒ No

10. Have arrest warrants been ordered?      ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:   s/Matthew Skurnik
      Matthew Skurnik
      Assistant U.S. Attorney
      Matthew.skurnik2@usdoj.gov
      718-254-6231

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25