

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS/MAA/CF<br>F. #2017R05903 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 21, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  United States v. Huawei Technologies Co., Ltd., et al.
>      Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government respectfully seeks leave from the Court to file an omnibus *Daubert* motion, and to file an oversize brief in support of that motion. Pursuant to the Court's Individual Practices and Rules, memoranda of law ordinarily are limited to 25 pages. Here, the government anticipates filing a brief containing arguments with respect to 12 of the defendants' 17 proposed experts, and accordingly requests authorization to file a brief of no more than 65 pages. The defense takes no position with respect to this request. The parties will be prepared to discuss a briefing schedule during the April 23, 2026 status conference.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/
       Alexander A. Solomon
       Meredith A. Arfa
       Robert M. Pollack
       Matthew Skurnik
       Matthew F. Sullivan
       Assistant United States Attorneys
       (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc: Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF)