**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2026

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. Huawei Technologies Co., Ltd., et al.
>        Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

Pursuant to the Court's April 23, 2026 order, the government respectfully writes on behalf of the parties to propose deadlines for the Rule 15 deposition designations and related motions and to notify the Court of the parties' scheduling conflicts for fall and winter 2026.

*First*, the parties propose the following schedule for Rule 15 deposition designations and related motions:

- May 6, 2026: Government to provide designations to defendants
- May 13, 2026: Defendants to provide counter-designations to government
- June 3, 2026: Motions regarding designations due
- June 17, 2026: Responses to motions due

This schedule contemplates the following position articulated by Huawei: Huawei believes the Court may benefit from awareness of the Rule 15 deposition testimony when resolving certain of the motions *in limine*. For example, both of the Rule 15 deponents—a former senior risk officer at Financial Institution 1 and a longtime compliance officer at Financial Institution 2—testified on issues implicated by the government's motions *in limine* to exclude evidence regarding the alleged Victim Banks, including evidence bearing on whether Huawei intentionally defrauded the Victim Banks, or whether the Banks were motivated by other forces in assessing Huawei's risks as a banking customer. *See, e.g.*, ECF No. 590 at 3-11 (government preliminary motion *in limine* to preclude evidence regarding prior enforcement proceedings against the Victim Banks); ECF No. 629 at 21 (government motion *in limine* to exclude evidence or questioning regarding Victim Banks' negligence). The parties' Rule 15 designations and motions would provide the Court with helpful context to resolve the government's motions.

1

*Second*, with respect to the upcoming trial, scheduled to begin on September 8, 2026, the parties request that the Court end the trial day at 2 pm on September 11, 2026 (to accommodate travel for Rosh Hashanah), and not sit on September 21, 2026 (Yom Kippur) or November 25, 2026 (the day before Thanksgiving). For convenience, the list of holidays and related days on which the Court then would not sit through the end of the year are as follows, though the government is hopeful trial will conclude before then:

- September 11, 2026: Rosh Hashanah (end at 2 pm to accommodate travel)
- September 21, 2026: Yom Kippur
- October 12, 2026: Columbus Day (court holiday)
- November 11, 2026: Veterans Day (court holiday)
- November 25, 2026: Day before Thanksgiving
- November 26, 2026: Thanksgiving (court holiday)
- November 27, 2026: Day after Thanksgiving (court holiday)
- December 24, 2026: Christmas Eve (court holiday)
- December 25, 2026: Christmas (court holiday)
- December 31, 2026: New Year's Eve (court holiday)

In addition, the parties propose that opening statements proceed the day after the jury is selected.

Finally, the parties have met and conferred regarding potential experts. The parties are continuing to engage in good faith discussions, but it appears likely that motions will be necessary to resolve the disputed issues. Accordingly, the government renews its motion for leave to file an omnibus *Daubert* motion and an oversize brief in support of that motion, *see* ECF No. 690, and the parties propose the following schedule for motions relating to noticed experts:

- May 11, 2026: Motions due
- May 27, 2026: Reponses due
- June 10, 2026: Replies due

2

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    /s/
      Alexander A. Solomon
      Meredith A. Arfa
      Robert M. Pollack
      Matthew Skurnik
      Matthew F. Sullivan
      Assistant United States Attorneys
      (718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney

cc:  Clerk of the Court (by ECF and Email)
    Defense counsel of record (by ECF)

3