**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TGS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 26, 2026

By ECF and Email

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

On August 21, 2026, the defendants filed a renewed motion to exclude or limit the testimony of a proposed government expert witness. (ECF No. 804). The government writes to inform the Court that it does not intend to file additional briefing concerning this witness and rests on its response in opposition to the defendants' original motion. (*See* ECF No. 720).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan J. Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton
Trial Attorney