SIDLEY JENNER&BLOCK LLP Steptoe

September 8, 2026

**Via ECF**

The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States v. Huawei Technologies Co., Ltd. et al.*****, No. 18-cr-457 (S-4) (AMD) (JAM); Consent Motion to Adjourn Deadline to Respond to Motion to Compel Compliance with Revised Subpoena**

Dear Judge Marutollo:

On September 7, 2026, defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. (collectively, "Huawei") filed a motion to compel compliance with a revised subpoena served on a non-party bank pursuant to Federal Rule of Criminal Procedure 17(c). *See* ECF No. 847. The Court thereafter ordered the non-party bank and the government to respond by today, September 8, 2026. Min. Order (Sept. 7, 2026).

Huawei and the non-party bank are engaged in active discussions to resolve their dispute. To facilitate resolution without the need for further Court intervention, Huawei and the non-party bank respectfully request an adjournment of the scheduled deadline to respond by 24 hours, until September 9, 2026. The government consents to the requested adjournment.

Respectfully submitted,

*/s/ David Bitkower*
David Bitkower
Matthew S. Hellman
Katya Jestin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
(202) 639-6048
dbitkower@jenner.com

*/s/ Douglas A. Axel*
Douglas A. Axel
Michael A. Levy
Ellyce R. Cooper
Frank R. Volpe
Melissa Colón-Bosolet
Daniel J. Hay
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5300
daxel@sidley.com

*/s/ Brian M. Heberlig*
Brian M. Heberlig
Ryan P. Poscablo
Julia Gatto
William L. Drake
Jessica I. Rothschild
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*